**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 PATRICK CHARLES BERNARD,

                Plaintiff,                       23 **CIVIL** 2925

        -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated September 11, 2023, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will remand the case to an administrative law judge with instructions to further develop the administrative record and offer the claimant a new hearing before issuing a new decision.

**Dated:**  New York, New York
        September 11, 2023

                                                                    **RUBY J. KRAJICK**
                                                                        **Clerk of Court**

                              **BY:**    *K. Mango*

                                                                         **Deputy Clerk**